UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND J. GALDI, ROY W. GALDI
and FLORINE M. GALDI,                         Case No. 05-72607

            Plaintiff,                          District Judge George Caram Steeh
                                       Magistrate Judge R. Steven Whalen

v

ENCOMPASS INSURANCE COMPANY,
a foreign corporation,

            Defendant.
_____/

**ORDER GRANTING MOTION TO SUPPLEMENT WITNESS LIST**

For the reasons and under the terms stated on the record on December 19, 2006, Plaintiffs' Motion for First Supplementation of Witness List [Docket #23] is GRANTED. Plaintiffs may add attorney James D. Hoey to their witness list.

James D. Hoey may be deposed no later than January 31, 2007.  No later than two weeks prior to Mr. Hoey's deposition, Plaintiff shall produce for Defendant's counsel any notes, memoranda, correspondence or other documents generated by or received by Mr. Hoey in the course of his legal representation of Plaintiffs.  The attorney-client privilege between the Plaintiffs and Mr. Hoey is deemed waived.

      SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 20, 2006.

        S/Gina Wilson
        Judicial Assistant